No. 96–9003. GRAVES v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–9004. ENEIAS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied. ▮

No. 96–9009. WILSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–9011. TAYLOR v. NORTH CAROLINA. Super. Ct. N. C., Cumberland County. Certiorari denied.

No. 96–9012. ROGOVICH v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. ▮

No. 96–9017. WILLIS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–9018. WASHINGTON v. LOUISIANA DEPARTMENT OF CORRECTIONS ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–9019. TRUSTY v. PARKER, WARDEN. C. A. 6th Cir. Certiorari denied. ▮

No. 96–9021. MATHURA v. COUNCIL FOR HUMAN SERVICES HOME CARE SERVICES, INC. C. A. 2d Cir. Certiorari denied. ▮

No. 96–9024. MORRISON v. HALL, DIRECTOR, OREGON DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 96–9026. MICHAU v. ORR ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 96–9028. ALVAREZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. ▮

No. 96–9030. SOTO v. UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮

No. 96–9031. MOORE v. GOMEZ ET AL. C. A. 9th Cir. Certiorari denied. ▮